UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:  8-19-20
```

DR. MUHAMMAD MIRZA AND ALLIED MEDICAL AND DIAGNOSTIC SERVICES, LLC,

                Plaintiffs,

v.

JOHN DOES #1-2,

                Defendants.

19-CV-11940 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Plaintiffs filed this action on December 31, 2019. On January 8, 2020, the Court granted Plaintiffs' motion to conduct expedited discovery from Yelp.com and to serve third-party subpoenas pursuant to Federal Rule of Civil Procedure 45 in order to identify the names and contact information of the two unidentified defendants ("John Does #1-2" or the "Doe defendants"). Dkt. 7. On March 11, 2020, the Court granted Plaintiffs' request for leave to conduct expedited discovery and serve Optimum Online with a third-party subpoena pursuant to Rule 45. Dkt. 9. The Court also granted Plaintiffs' request for an additional 90 days by which to serve Defendant John Doe #1, extending that deadline to June 30, 2020. Dkt. 11. Finally, on April 23, 2020, the Court granted Plaintiffs' request for leave to conduct expedited discovery and serve Yahoo.com with a third-party subpoena pursuant to Rule 45. Dkt. 13. No later than September 2, 2020, Plaintiffs shall file a letter updating the Court as to the status of this case, including the status of their efforts to identify the names and contact information of the Doe defendants and whether they have been successful in those efforts.

SO ORDERED.

Dated:    August 19, 2020
            New York, New York

_____
RONNIE ABRAMS
United States District Judge