# LEWIS & LIN LLC

Brett E. Lewis
David D. Lin

Michael Cilento
Roberto Ledesma
Justin Mercer
Lauren Valli

81 Prospect Street, Suite 8001
Brooklyn, NY 11201

Tel: (718) 243-9323
Fax: (718) 243-9326

www.iLawco.com

Writer's email: david@iLawco.com

September 2, 2020

**VIA ECF**
Judge Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
Room 2203
New York, NY 10007

*Dr. Muhammad Mirza and Allied Medical and Diagnostic Services, LLC
v. John Does #1-2*, Civil Action No. 1:19-cv-11940-RA

Dear Judge Abrams:

    I am counsel for Dr. Muhammad Mirza and Allied Medical Diagnostic Services, LLC ("Plaintiffs") and write pursuant Your Honor's order dated August 19, 2020 (ECF Doc. No. 14).

    Plaintiffs have resolved the action as to both defendants and will be filing a notice of dismissal without prejudice. We thank the Court for its assistance in this matter.

Respectfully submitted,

LEWIS & LIN, LLC

David D. Lin